**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CHARLES SAAD,

    Plaintiff,

                                                     Case No. 07-15506

v.                                               Hon. Lawrence P. Zatkoff

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

_____/

**OPINION AND ORDER ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff filed this case seeking Social Security disability insurance benefits. This matter currently comes before the Court on Magistrate Judge Hluchaniuk's Report and Recommendation [dkt 27], in which the Magistrate Judge recommends that Defendant's Motion for Summary Judgment be GRANTED [dkt 26]. Plaintiff has not filed objections to the Report and Recommendation and the time period to do so has elapsed.

After a thorough review of the transcript, Defendant's Motion, and the Report and Recommendation, this Court will adopt the Report and Recommendation and enter it as the findings and conclusions of this Court.

Accordingly, it is HEREBY ORDERED that Defendant's Motion for Summary Judgment [dkt 26] is GRANTED.

IT IS SO ORDERED.

        s/Lawrence P. Zatkoff
        LAWRENCE P. ZATKOFF
        UNITED STATES DISTRICT JUDGE

Dated:  February 24, 2009

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on February 24, 2009.

        s/Marie E. Verlinde
        Case Manager
        (810) 984-3290